CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
### CIVIL DOCKET FOR CASE #: 2:94-cv-00972-JDH-TPK

Cooper v. Rattan
Assigned to: John D. Holschuh
Referred to: Terence P Kemp
Demand: $4,000,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/06/1994
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Carl Rush Cooper        represented by   Carl Rush Cooper
                                         #82829-071
                                         Federal Correctional Institution
                                         PO Box 1000
                                         Cumberland, MD 21501
                                         PRO SE

V.

**Defendant**

James E Rattan


| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/1994 | 1 | MOTION by plaintiff Carl Rush Cooper to proceed in forma pauperis ( no pgs: 1) (pl) (Entered: 10/07/1994) |
| 10/06/1994 | 2 | COMPLAINT (referred to Mag. Judge Terence P. Kemp ) ( no. pgs: 7) (pl) (Entered: 10/07/1994) |
| 10/06/1994 | 3 | ORDER by Chief Judge John D. Holschuh dismissing case (cc: all counsel) ( no pgs: 3) (pl) (Entered: 10/07/1994) |
| 10/06/1994 | 4 | JUDGMENT: dismissing case as frivolous (cc: all counsel) ( no pgs: 1) (pl) (Entered: 10/07/1994) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/03/2006 16:23:12 | | | |
| PACER Login: | us0786 | Client Code: | |
| | Docket | Search | 2:94-cv-00972-JDH- |

| Description: | Report | Criteria: | TPK |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |