IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98CT794-BO ~~5:97-CT-918-BO~~

FILED
DEC 11 1998
DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CAR.

| | |
|---|---|
| CARL R. COOPER, | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   O R D E R |
| | ) |
| U.S. PAROLE COMMISSION, | )   CB#116, p. 210 |
|     Respondent. | ) |

Carl R. Cooper, a state inmate, has filed a Petition for Writ of Mandamus. He seeks leave to file this action *in forma pauperis* under 28 U.S.C. § 1915. His contention is that he is being held in custody illegally as the U.S. Parole Commission has incorrectly calculated his release date from his parole revocation.

Mandamus is a drastic remedy, only to be granted in extraordinary circumstances. *In re Beard*, 811 F.2d 818, 826 (4th Cir. 1987)(citing *Kerr v. United States Dist. Court*, 426 U.S. 394 (1976)). The party seeking mandamus relief has the heavy burden of showing that he has no other adequate avenues of relief and that his right to relief sought is "clear and indisputable." *Mallard v. United States Dist. Court*, 490 U.S. 296, 309 (1989). The Petitioner has failed to show that he has no other avenue of relief such as the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

ACCORDINGLY, the Petitioner's Petition for Writ of Mandamus is DENIED.

SO ORDERED, this the 10 T/T day of December 1998.

Terrence W. Boyle
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE

DEC 11 1998

8