UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL R. COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-2407 (EGS) |
| ) | |
| UNITED STATES PAROLE COMMISSION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

UPON CONSIDERATION of Defendant's Motion to Stay Proceedings Pending Plaintiff's Payment of Full Filing Fees Under the PLRA, any oppositions and relies thereto, applicable law, and the record herein, it is this _____ day of

_____, 2005,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Plaintiff must pay the full filing fee and this case is stayed pending Plaintiff's payment in full of the filing fees.

_____
Emmet G. Sullivan
United States District Judge

cc:   JOHN F. HENAULT
      Assistant United States Attorney
      555 4th Street, NW
      Washington, DC  20530

      CARL RUSH COOPER
      # 82829-071
      Federal Detention Center
      PO Box 562
      Philadelphia, PA 19105