UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL RUSH COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES PAROLE )<br>COMMISSION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2407 (EGS) |

ORDER

Pending before the Court is defendant's motion to stay the proceedings pending payment of the filing fee or to dismiss the case under the three-strikes provision of the Prisoner Litigation Reform Act codified at 28 U.S.C. § 1915(g). Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice… should include an explanation that the failure to respond…may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that plaintiff shall respond to defendant's motion by **March 6, 2006**. If

2

plaintiff does not respond by that date, the Court may treat the motion as conceded and dismiss the case.

.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: February 1,  2006