Carl R. Cooper-82829-071
P.O. Box 1000
Cumberland, md. 21501
24 Jan. 06.

RE: Cooper -v- U.S. Parole Commission
Case # 1:05-cv-2407 EGS

Change of Address

Dear Clerk of Court:

I am writing to inform you of my change of address, I just recieved the order from the Court which was dated on 12/19/2005 because it was sent to F.D.C Philadelphia and they just sent it to my present place of incaracateion, I sent several letter to this office trying to give you a change of address and never recieved a respond because I didn't have a case # as yet. So Now I would like this Court to enter my Change of Address. Listed as followed

    Carl R. Cooper. 82829-071
    P.O. Box 1000
    Cumberland md. 21501

Respectfully Submitted
Carl Cooper