UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL RUSH COOPER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES PAROLE<br>COMMISSION,<br><br>    Defendant. | Civil Action No.  05-2407 (EGS) |

ORDER

Pending before the Court is defendant's motion to stay the proceedings pending payment of the filing fee or to dismiss the case under the three-strikes provision of the Prison Litigation Reform Act codified at 28 U.S.C. § 1915(g).  By Order of February 1, 2006, plaintiff was advised about his obligation to respond to defendant's motion by March 6, 2006.  Plaintiff has not responded nor sought additional time to respond.  Accordingly, it is

ORDERED that, pursuant to the previously issued order, defendant's motion to dismiss [# 8] is GRANTED as conceded; and it is

FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE, subject to reconsideration by the Court in the event that the plaintiff files a motion for reconsideration of this Order, setting forth the reasons for reconsideration, within 20 days from the filing date of this Order.

                                                  SIGNED: EMMET G. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE

DATE: April 4, 2006